# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| **IN RE:** ) | JUDGMENT IN CASE |
| **MATTER OF** ) | 1:22-mc-00022-MR |
| **JONI RAMO ANTONELLI &** ) | |
| **JONATHAN DAVID CROSS,** ) | |
| _____ ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2022 Order.

August 16, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court